12, 1915.) Action by Fannie A. Primo against the United States Casualty Company.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

KRUSE, P. J., and FOOTE, J., dissent, upon the ground that the limitation of the defendant's liability to the insured as to collision with a conveyance applies only to the case of a hired chauffeur.

---

PRING, Respondent, v. THORP, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Frederick Pring against Richard C. Thorp. J. H. Bogardus, of New York City, for appellant. M. Kellogg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1138.

---

In re PROPOSED INCORPORATION OF VILLAGE OF SOUTH DAYTON, IN TOWN OF DAYTON, CATTARAUGUS COUNTY. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) In the matter of the proposed incorporation of the Village of South Dayton, in the Town of Dayton, Cattaraugus County, N. Y. No opinion. Appeal dismissed, unless appellant file and serve printed papers on appeal by May 4, briefs by May 11, and stipulate to argue appeal on May 18, 1915.

---

PROVIDENCE, Respondent, v. MALICKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Andrew Providence against Joseph Malicki. No opinion. Motion granted, and appeal dismissed, with costs.

---

PROWSKI, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by George Prowski, as administrator, etc., against the Erie Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 152 N. Y. Supp. 1138.

---

PUBLICITY LEASING CO. v. LUDWIG. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by the Publicity Leasing Company against Alfred Ludwig. No opinion. Motion for reargument (of 153 N. Y. Supp. 549) denied, motion for leave to appeal granted, and questions certified as stated in order. Order filed.

---

In re PUBLIC PARK, IN BOROUGH OF QUEENS, CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) In the matter of the application of the City of New York relative to acquiring title for opening and extending the Public Park in the Borough of Queens, in which Anna H. Schlesinger and others appeal.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

---

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, First Department. June 18, 1915.) In the matter of the Public Service Commission as to premises at Mott Avenue and East 138th Street. S. Lowenthal, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

---

QUICK, Appellant, v. FIRST M. E. CHURCH OF HURLEYVILLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Malinda Quick against the First Methodist Episcopal Church of Hurleyville, N. Y., a religious corporation, and others. No opinion. Judgment unanimously affirmed, with costs.

---

RABINOWITZ, Respondent, v. ASNESS, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action of Isaac Rabinowitz against Max Asness. No opinion. Order reversed, without costs, and motion granted, upon payment of all costs to date, and upon condition that defendant stipulate that plaintiff may discontinue his action, without costs, if he is so advised.

---

REDDICK, Respondent, v. NEW JERSEY & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Lizzie Reddick against New Jersey & New York Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

REICH, Appellant, v. LANE, Respondent (two cases). (Supreme Court, Appellate Division, First Department, May 28, 1915.) Action by Elizabeth Reich, against Eva M. B. Lane. A. B. Parker, of New York City, for appellant. C. W. Cuthell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 App. Div. 936, 141 N. Y. Supp. 1143.

---

REMINGTON, Respondent, v. SHULTS BREAD CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Emory B. Remington against Shults Bread Company. No opinion. Motion denied, without costs. See, also, 165 App. Div. 933, 150 N. Y. Supp. 1108.